IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   15-cv-00620-LTB-KTM

ROOFTOP RESTORATION, INC.,

       Plaintiff,

vs.

OHIO SECURITY INSURANCE COMPANY,

       Defendant.

_____

ORDER
_____

Upon Plaintiff's Motion for Fed.R.Civ.P. 54(b) Certification (Doc 17), and review of the file herein, it is

ORDERED that Plaintiff's Motion is DENIED.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: January 19, 2016